AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RAYMOND EDWARDS,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 4:23-cv-162

OFFICER JOHN DUBOIS, ALL SUPPORTING OFFICERS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered on November 14, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of this Court. Therefore, the Court dismisses Plaintiff's amended complaint. This case stands closed.

Approved by: _/s/ Christopher L. Ray_
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia

November 14, 2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_/s/ Morgan A. Akins_
*(By) Deputy Clerk*

GAS Rev 10/2020